FILED
June 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JAZZMINE CAMPBELL<br><br>   Defendant. | Case No. 2:23-mj-00085-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAZZMINE CAMPBELL Case No. 2:23-mj-00085-JDP Charges 21 USC § 846 and 841(a)(1) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X      Unsecured Appearance Bond $ _____   100,000.00 co-signed by Cameron Woods and Jonathan Campbell

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): _

Issued at Sacramento, California on June 7, 2023 at 2:00 PM

Dated: June 7, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE