KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JAZZMINE CAMPBELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 23-CR-00150-DJC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER REGARDING SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| JAZZMINE CAMPBELL, | ) Date: n/a |
| | ) Time: n/a |
| Defendants. | ) Judge: Honorable DEBORAH BARNES |

In the matter at bar, Defendant seeks to amend the Court's previously issued Pretrial Release Order issued by the Hon. Kendall J. Newman on June 8, 2023.

Since her release, Ms. Campbell has been in compliance with her release conditions.

Counsel was contacted by pretrial services in April of 2024 after Ms. Campbell asked to participate in the Better Choices Program. That would be a wonderful development for her personally. AUSA Pearson indicated he had no objection to Ms Campbell participating in the program.

As a result, it is respectfully requested that special release condition number 14 be modified to read, "You must participate in the Better Choices court program and comply with

1

all the rules and regulations of the program.  You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, courtroom 27, on June 18, 2024, at 11:00am.

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, Jazzmine Campbell, that her Amended Special Conditions of Release as detailed in Exhibit A below be adopted.

      All other terms and conditions of release remain in place.

IT IS SO STIPULATED

Dated: May 21, 2024                          PHILLIP A. TALBERT
                                             UNITED STATES ATTORNEY

                                             by:    /s/ Ross Pearson
                                                        Ross Pearson
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

Dated:  May 21, 2024                        /s/ Kyle R. Knapp
                                               KYLE KNAPP
                                               Attorney for Defendant
                                               JAZZMINE CAMPBELL

**ORDER**

The Stipulation of the parties is hereby accepted, and the Amended Special Conditions of Release for Mr. CAMPBELL attached as Exhibit "A" are hereby adopted.

**IT IS SO ORDERED**.

Dated:  May 21, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: CAMPBELL, JAZZMINE
No: 2:23-cr-00150-DJC
Date: :May 21, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12.You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

13.You must report any contact with law enforcement to your pretrial services officer within 24 hours.

14. You must participate in the Better Choices court program and comply with all the rules and regulations of the program.  You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deobrah Barnes, courtroom 27, on June 18, 2024 at 11:00am.