KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
JAZZMINE CAMPBELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAZZMINE CAMPBELL,<br><br>Defendants. | No. 23-CR-00150-DJC<br><br>STIPULATION AND<br>[PROPOSED] ORDER REGARDING<br>SPECIAL CONDITIONS OF PRETRIAL<br>RELEASE<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Honorable Chi Soo Kim |

In the matter at bar, Defendant seeks to amend the Court's previously issued Pretrial Release Orders issued by the Hon. Kendall J. Newman on June 8, 2023 and amended by the Hon. Deborah Barnes on May 22, 2024.

Since her release, Ms. Campbell has been doing well and has completed MRT and Better Choices Court with Judge Peterson.  Monica Bentley, her pretrial services officer spoke with Ms. Campbell's counsellor and learned that Ms. Campbell is doing so well that they have trouble finding topics to work on at present.

Ms. Bentley contacted counsel and asked that we endeavor to remove special condition 11 (the counselling requirement) of her Conditions of Release. That would be a testament to the

progress she has made since her arrest and AUSA Pearson indicated he had no objection to that request.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, Jazzmine Campbell, that her Amended Special Conditions of Release be amended to delete the counseling requirement listed in Amended Special Condition #11.

All other terms and conditions of release remain in place.

IT IS SO STIPULATED

Dated: March 2, 2026                              ERIC GRANT
                                                 UNITED STATES ATTORNEY

                                          by:    /s/ Ross Pearson
                                                 Ross Pearson
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff


Dated:  March 2, 2026                             /s/ Kyle R. Knapp
                                                 KYLE KNAPP
                                                 Attorney for Defendant
                                                 JAZZMINE CAMPBELL

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted, and the counseling condition listed in item 11 of the Amended Special Conditions of Release for Mr. CAMPBEL is deleted.

**IT IS SO ORDERED**.

Dated:  March 2, 2026

_____
HON. Chi Soo Kim
United States Magistrate Judge