**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for JAZZMINE CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAZZMINE CAMPBELL,<br>Defendant. | CASE NO. 2:23-cr-00150-DJC-5<br><br>**STIPULATION AND ORDER TO** SET NEW JUDGMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE<br><br>DATE: September 17, 2026<br>Time: 9:00 am<br>COURT: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, JAZZMINE CAMPBELL, that the previously scheduled sentencing date of September 17, be vacated and the matter set for sentencing on October 15, 2026, at 9:00am.

This continuance is requested to finalize all sentencing mitigation work and research new factual issues implicated by the final psr. I have contacted Mr. Pearson and Ms. Lewis from probation and neither have an objection to a continuance and the new sentencing date.

In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – October 15, 2026; Reply or Statement of Non-Opposition to Motion to Correct PSR;

October 8, 2026; Motion to Correct PSR due October 1, 2026; the Final Presentence Report is due September 24, 2026 and Counsel's written objections to the Pre-Sentence report are due September 17, 2026. The draft PSR has been filed.

Dated: August 26, 2026

Respectfully submitted.

/s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Jazzmine Campbell

Dated: August 26, 2026

Respectfully submitted,

/s/ RossPearson
Ross Pearson
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: August 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE